```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MIN YANG,                                                               :
                                                                        :
                              Plaintiff,                                :
                                                                        :          20-CV-4355 (JPC)
                 -v-                                                    :
                                                                        :          ORDER OF DISMISSAL
KEN CUCCINELLI and WILLIAM BIERMAN,                                     :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was initially filed on June 8, 2020.  (Dkt. 1; *see also* Dkt. 2.) On October 13, 2020, the Court ordered Plaintiff to submit a letter explaining why Plaintiff failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure.  (Dkt. 8.)  The Court further instructed Plaintiff that if it did not receive any communication by October 29, 2020 showing good cause why service was not made within 90 days, the Court would dismiss the case without further notice.  (*Id.*)  Plaintiff did not file anything by that deadline.

      Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: November 10, 2020
      New York, New York
                                                    JOHN P. CRONAN
                                            United States District Judge